

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

(312)435-5699

*January 11, 2012*

Carla D. Aikens
Carla D. Aikens, P.C.
P.O. Box 6062
Vernon Hills, IL 60061

Re: **Medina et al v. Public Storage et al**
    12 cv 170

Dear Counselor:

The records of this office indicate that on **01/10/2012,** a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as **11-L-11644.** The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of the Attorney Appearance form is available on our website under Online forms: www.ilnd.uscourts.gov

Sincerely yours,

Thomas G. Bruton, Clerk

/s/ *Lisa K. Provine*
By:   Deputy Clerk