**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| DANIEL MEDINA and NIKITA GROSS, ) | Case No.: 12-CV-170 |
| ) | |
| Plaintiffs, ) | |
| ) | Honorable Charles R. Norgle, Sr. |
| vs. ) | |
| ) | |
| PUBLIC STORAGE, INC., a Maryland ) | |
| ) | |
| Real Estate Investment Trust, ) | |
| ) | |
| WILLIS INSURANCE SERVICES OF | |
| CALIFORNIA, INC., a California | |
| Corporation, and PS Illinois | |
| Trust, | |
| Defendants | |
| ) | |

_____

**RE-NOTICE OF MOTION**

TO:
    Ryan Christopher Williams, Esq.
    Dean A. Dickie, Esq.
    Miller, Canfield, Paddock and Stone, PLC
    225 West Washington Street
    Suite 2600
    Chicago, IL 60606

PLEASE TAKE NOTICE that on Friday, February 24, 2012 at 10:30 a.m., Plaintiffs Daniel Medina and Nikita Gross shall appear before the Honorable Charles R. Norgle, Sr. or any judge sitting in his stead in Room 1041 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the **Motion For Class Certification**, a copy of which is attached hereto.

Dated: January 31, 2012                      *s/ Carla D. Aikens*
                                                   Carla D. Aikens
                                                   CARLA D. AIKENS, P.C.
                                                   P.O. Box 6061
                                                   Vernon Hills, IL 60061
                                                   Phone: (215) 219-7404
                                                   *Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2012, the foregoing Notice of Motion was filed and served on all counsel of record via the Court's CM/ECF system.

                                              *s/ Carla D. Aikens*
                                              Carla D. Aikens
                                              CARLA D. AIKENS, P.C.
                                              P.O. Box 6061
                                              Vernon Hills, IL 60061
                                              Phone: (215) 219-7404
                                              *Co-Counsel for Plaintiffs*